IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,[1]

        Debtors.

---

KATHY S. KOCH, JARRETT PERRY, GINA
PULLIAM, CHAN NGUYEN, MICHAEL S.
SUROWIEC, KATHLEEN WIELGUS, and PATRICIA
WILLIAMS, on their behalf and on behalf of all other
persons similarly situated,

        Plaintiffs,

v.

AMERICAN HOME MORTGAGE CORP.,
AMERICAN HOME MORTGAGE ACCEPTANCE,
INC., AMERICAN MORTGAGE SERVICING, INC.,
AMERICAN HOME MORTGAGE INVESTMENT
CORP., and AMERICAN HOME MORTGAGE
HOLDING, INC.,

        Defendants.

---

: Chapter 11

: Case No. 07-11047 (CSS)

: Jointly Administered

: Adv. Proc. No. 07-51688 (CSS)

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on February 29, 2008, the above-captioned Defendants, by and through their undersigned counsel, caused a copy of the **Expert Report of**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

**James H. Aronoff Dated February 29, 2008** to be served upon the parties on the attached service list in the manner indicated.

Wilmington, Delaware
February 29, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/: *Maribeth L. Minella*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
John T. Dorsey (No. 2988 )
Scott A. Holt (No. 3399)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Defendants, Debtors and Debtors in Possession*

SERVICE LIST
2/29/2008

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(WARN Act Claimants)
*Hand Delivery and Electronic Mail*

Adam Klein, Esq.
Justin M. Swartz, Esq.
Jack A. Raisner, Esq.
René S. Roupinian, Esq.
Outten & Golden
3 Park Avenue, 29th Fl.
New York, NY 10016
(WARN Plaintiffs)
*First Class Mail and Electronic Mail*

Stuart J. Miller, Esq.
Lankenau & Miller
132 Nassau Street, Suite 423
New York, NY 10038
(WARN Plaintiffs)
*First Class Mail and Electronic Mail*

Mary Olsen, Esq.
M. Vance McCrary, Esq.
J. Cecil Gardner, Esq.
The Gardner Firm
1119 Government Street
Post Office Drawer 3103
Mobile, AL 36652
(WARN Plaintiffs)
*First Class Mail and Electronic Mail*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery and Electronic Mail*

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
*First Class Mail and Electronic Mail*

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Service were served this 29th day of February, 2008, upon the following parties as indicated:

James E. Huggett, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801
(WARN Act Claimants)
***Hand Delivery and Electronic Mail***

Adam Klein, Esq.
Justin M. Swartz, Esq.
Jack A. Raisner, Esq.
René S. Roupinian, Esq.
Outten & Golden
3 Park Avenue, 29th Fl.
New York, NY 10016
(WARN Plaintiffs)
***First Class Mail and Electronic Mail***

Stuart J. Miller, Esq.
Lankenau & Miller
132 Nassau Street, Suite 423
New York, NY 10038
(WARN Plaintiffs)
***First Class Mail and Electronic Mail***

Mary Olsen, Esq.
M. Vance McCrary, Esq.
J. Cecil Gardner, Esq.
The Gardner Firm
1119 Government Street
Post Office Drawer 3103
Mobile, AL 36652
(WARN Plaintiffs)
***First Class Mail and Electronic Mail***

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
***Hand Delivery and Electronic Mail***

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
***First Class Mail and Electronic Mail***

/s/: Maribeth L. Minella
Maribeth L. Minella (No. 4185)